IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANN HILL,  )
           )  2:09-cv-01565-GEB-GGH
       Plaintiff,  )
           )  ORDER
    v.     )
           )
COUNTY OF SACRAMENTO; ROGER  )
DICKINSON; ROBERTA MACGLASHAN;  )
SUSAN PETERS; JIMMIE YEE; DON  )
NOTTOLI; SACRAMENTO AIRPORT  )
SYSTEMS; G. HARDEE ACREE,  )
           )
       Defendants.  )
           )

The parties' briefing schedule proposed in the stipulation filed June 26, 2009, on a motion for a preliminary injunction Plaintiff states she will file, is adopted. However, the hearing on Plaintiff's motion for a preliminary injunction will commence at 1:30 p.m. on July 27, 2009.

Dated: June 29, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1