IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN HILL, ) | |
| ) | 2:09-cv-01565-GEB-GGH |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| COUNTY OF SACRAMENTO; ROGER ) | |
| DICKINSON; ROBERTA MACGLASHAN; ) | |
| SUSAN PETERS; JIMMIE YEE; DON ) | |
| NOTTOLI; SACRAMENTO AIRPORT ) | |
| SYSTEMS; G. HARDEE ACREE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff's reply brief in connection with the hearing now scheduled for July 27, 2009, shall be filed no later than noon on July 22, 2009.

Dated: July 17, 2009

GARLAND E. BURRELL, JR.
United States District Judge