IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN HILL,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO;  ROGER DICKINSON;  ROBERTA MACGLASHAN; SUSAN PETERS; JIMMIE YEE; DON NOTTOLI; SACRAMENTO AIRPORT SYSTEMS; G. HARDEE ACREE,<br><br>        Defendants. | 2:09-cv-01565-GEB-GGH<br><br>ORDER |

Plaintiff's request for an injunction pending appeal filed July 31, 2009, is denied.

Dated: July 31, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge