IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANN HILL,

        Plaintiff,                    No. CIV S-09-1565 GEB GGH

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.              <u>ORDER</u>

_____/

        The undersigned is in receipt of the County's Application to Shorten Time in which to hear its Motion for Protective Order involving response timing, and dates for actual production of, documents. Lurking in the background is a probable motion to compel production by plaintiff.

        For the sake of efficiency of all involved, the undersigned has decided to combine all motions related to the requests for production at issue in such a way that neither party should be prejudiced. Therefore, the following order is issued:

        1. The County shall file no later than November 25, 2009, any objections, aside from the timing issues, to the requests for production;

\\\\\

1

2. The parties shall meet and confer, and file a joint statement encompassing all non-resolved disputes, including any timing issues; the joint statement shall be filed no later than December 11, 2009;

3. A hearing is scheduled on the discovery disputes for December 17, 2009 at 10:00 a.m. in the courtroom of the undersigned;

3. The time in which to answer the requests for production (as opposed to object), as well as to actually produce documents, is tolled until further order of the court; the undersigned will expeditiously issue an order after the December 17, 2009 hearing.[1]

IT IS SO ORDERED.

Dated:  11/13/09                             /s/ Gregory G. Hollows
                                             _____
                                             U.S. MAGISTRATE JUDGE

GGH:gh:035
hill1565.ex

---

[1] Plaintiff should not be prejudiced as plaintiff was willing, according to the application to shorten time, to continue production into January 2010; the County will not be prejudiced as the time in which to hold a hearing will not be counted against the County in terms of its production obligations. Moreover, the outcome of the hearing could possibly limit production and/or make the production more manageable. The undersigned will be served in having to hold only one hearing on the requests for production discovery dispute.