UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN HILL, | Case No.: 2:09-cv-01565-GEB-GGH |
| Plaintiff, | |
| v. | **ORDER AMENDING THE SCHEDULING ORDER** |
| COUNTY OF SACRAMENTO, ROGER DICKINSON, ROBERTA MACGLASHAN, SUSAN PETERS, JIMMIE YEE, DON NOTTOLI, SACRAMENTO AIRPORT SYSTEM, and G. HARDY ACREE, | |
| Defendants. | |

For good cause shown, the Court amends its order of September 9, 2009, as follows:

Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(c)(i)'s initial expert witness disclosure requirements on or before March 15, 2010, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(c)(ii) on or before April 15, 2010.

DATED:  December 21, 2009.

_____
GARLAND E. BURRELL, JR.
United States District Judge

[Proposed] Order Amending Scheduling Order -- No.:  2:09-cv-01565-GEB-GGH

1