UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANN HILL, | ) | Case No.: 2:09-cv-01565-GEB-GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER AMENDING THE SCHEDULING** |
| v. | ) | **ORDER** |
| | ) | |
| COUNTY OF SACRAMENTO, ROGER | ) | |
| DICKINSON, ROBERTA MACGLASHAN, | ) | |
| SUSAN PETERS, JIMMIE YEE, DON | ) | |
| NOTTOLI, SACRAMENTO AIRPORT | ) | |
| SYSTEM, and G. HARDY ACREE, | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court order filed December 21, 2009 is amended as follows:

Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(c)(i)'s initial expert witness disclosure requirements on or before June 4, 2010, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(c)(ii) on or before July 2, 2010.

DATED: April 1, 2010.

_____
GARLAND E. BURRELL, JR.
United States District Judge