1  GREGORY P. O'DEA, CSB No. 110966
   AMANDA L. BUTTS CSB No. 253651
2  Longyear, O'Dea and Lavra, LLP
   3620 American River Drive, Suite 230
3  Sacramento, Ca. 95864
   Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for COUNTY OF SACRAMENTO
   ROGER DICKINSON,
6  ROBERTA MACGLASHAN,
   SUSAN PETERS,
7  JIMMIE YEE,
   DON NOTTOLI,
8  SACRAMENTO AIRPORT SYSTEM,
   and G. HARDY ACREE

## UNITED STATES DISTRICT COURT  EASTERN DISTRICT

## OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ANN HILL, | CASE NO. 2:09-CV-01565-GEB-GGH |
| Plaintiff | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION |
| v. | |
| COUNTY OF SACRAMENTO, ROGER DICKINSON, ROBERTA MACGLASHAN, SUSAN PETERS, JIMMIE YEE, DON NOTTOLI, SACRAMENTO AIRPORT SYSTEM, and G. HARDY ACREE | |
| | [L.R. 143 & 144] |
| Defendants. | Date:  September 27, 2010<br>Time:  9:00 a.m.<br>Ctrm:  3<br>Judge: Hon. Garland e. Burrell, Jr. |

   IT IS HEREBY STIPULATED BETWEEN Defendants, County of Sacramento, Roger Dickinson, Roberta MacGlashan, Susan Peters, Jimmie Yee, Don Nottoli, Sacramento Airport System, and G. Hardy Acree, by and through their attorneys, Gregory P. O'Dea and Amanda L. Butts of Longyear, O'Dea & Lavra, LLP, and Plaintiff, Ann Hill, by and through her attorney, Anthony T. Caso of the Law Offices of Anthony T. Caso, that due to the Labor Day holiday on September 6, 2010, the last day for Defendants to file and serve a reply brief to Plaintiff's opposition to the Motions for Summary Judgment and/or Adjudication is Tuesday, September 7,

2010.

When preparing and filing the previous stipulation (Dkt. 78) extending Plaintiff's time to file an opposition to the Motions for Summary Judgment and/or Adjudication Defense counsel overlooked that the deadline for their reply brief is on a federal holiday. Additionally, counsel for Defendants will be out of town on a previously scheduled and paid for vacation from September 3-6, 2010. The extension of time consists of one (1) additional day.

**IT IS SO STIPULATED**.

DATE: August 20, 2010          LONGYEAR, O'DEA AND LAVRA, LLP

By: /s/ Amanda L. Butts
GREGORY P. O'DEA
AMANDA L. BUTTS
Attorneys for County of Sacramento et al.

DATE: August 20, 2010          LAW OFFICES OF ANTHONY T. CASO

By: /s/ Anthony T. Caso
ANTHONY T. CASO
Attorney for Plaintiff Ann Hill

**IT IS SO ORDERED.**

Dated: August 24, 2010

GARLAND E. BURRELL, JR.
United States District Judge